IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON L. SILNUTZER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-633 |
| | ) | Judge Terrence F. McVerry/ |
| SHARP MEDICAL IMAGING, | ) | Magistrate Judge Amy Reynolds Hay |
| Defendant. | ) | |

**O R D E R**

AND NOW, this 6th day of September, 2007, after the plaintiff, Sharon L. Silnutzer, filed an action in the above-captioned case, and after a motion to dismiss or, in the alternative, motion for summary judgment was filed by defendant, Sharp medical Imaging, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the motion to dismiss or, in the alternative, motion for summary judgment (Doc. No. 3), treated as a motion for summary judgment, is GRANTED. It is also ORDERED that the Court declines to exercise supplemental jurisdiction over plaintiff's PHRA claims which are hereby DISMISSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desire(s) to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

BY THE COURT:

s/ Terrence F. Mcverry
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

All counsel of record by Notice of Electronic Filing